FILED
CLERK, U.S. DISTRICT COURT
05/05/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 19-40054   5:21-mj-00333 |
| v. | |
| April Garcia 12571-509 | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: INDICTMENT
in the CENTRAL District of KANSAS on 06/26/2019
at N/A ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about N/A
in violation of Title 21 U.S.C., Section(s) 841
to wit: Possesion with intent to Distribute a controlled substance

A warrant for defendant's arrest was issued by: Clerk of the court Timothy M. O'Brien

Bond of $0 was ☒ set / ☐ recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

*Neftali Martinez*
Signature of Agent

N. Martinez
Print Name of Agent

U.S. Marshals
Agency

CIDUSM
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT